UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MEDICAL MANAGER HEALTH SYSTEMS, INC. and WEBMD CORPORATION, | : | CASE NO. 3:04MC446(JBA) |
| Plaintiffs, | | |
| v. | | |
| KEVIN KENNEDY, | | |
| Defendant. | : | OCTOBER 7, 2004 |

### KEVIN KENNEDY'S RESPONSE TO THE PLAINTIFFS' REPLY

**I.  Kennedy's Alleged Participation In Discrete Fraudulent Transactions Does Not Entitle Plaintiffs To Embark On A Fishing Expedition.**

Kevin Kennedy is a non-party witness.  Robert David's was one of his supervisors and/or superiors at Medical Manager.  Checks issued by Medical Manager Affiliates including HR Consultants were authorized and requested by Kennedy's superiors.  The bonuses received by Mr. Kennedy may well have been illegal and he would not urge this court or any other court to conclude otherwise, but he is only one employee of the defendant.

WEBMD and Medical Manager are deeply immersed in the massive corporate fraud engineered not merely by Davids, but allegedly by other high-ranking corporate executives.  Mr.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20258 K. KENNEDY\001 FEDERAL INVESTIGATION - TPP\RESPONSE PLAINTIFF'S REPLY.DOC

Kennedy's alleged involvement in the discrete transactions enumerated in plaintiff's submissions is but an incidental consequence of the pervasive corporate accounting fraud that was allegedly part of business as usual at Medical Manager.  Plaintiffs neglected to mention in their reply that *federal authorities executed search warrants and seized thousands of documents from WEBMD in the fall of 2003*.  [See "Exhibit A"]  The plaintiffs would have this Court believe that this entire exercise concerns a fraudulent kickback scheme concocted by Mr. Davids.  In fact, these corporate plaintiffs are utilizing this litigation for two purpose (1) to deflect any responsibility for corporate misdeeds away from current WEBMD and Medical Manager Executives and (2) to obtain and much information as possible about the breadth of the impending, federal investigation and potential criminal charges before the corporate executives are formally charged.  The strategy may be sound, but it cannot and should not be pursued in a way that would require Mr. Kennedy to produce documents that have nothing at all to do with the case against Robert Davids.

**II.     The United States District Court In Florida Did Not Address The Specific Issues Before This Court.**

The ruling by Judge Lazarra addresses only the bank records contained in accounts in Mr. Kennedy's name at Suntrust Bank.  In contrast, the subpoena before this Court is, for reasons previously stated, an overly broad, unduly burdensome, exploratory effort to obtain any and all

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20258 K. KENNEDY\001 FEDERAL INVESTIGATION - TPP\RESPONSE PLAINTIFF'S REPLY.DOC

documents concerning Mr. Kennedy's personal finances, his personal records and anything remotely related to his employment at Medical Manager.

**CONCLUSION**

The defendant Kevin Kennedy reiterates his willingness to provide the plaintiffs with authorizations that will enable them to obtain relevant tax returns.  In fact, if plaintiffs would particularize additional requests for documents as an alternative to stubbornly embracing an overly broad subpoena, the defendant will respond favorably to reasonable requests.  Nonetheless, at this juncture, the defendant respectfully submits that the subpoena at issue is vastly overbroad and should be modified considerably before he is required to comply.

        THE DEFENDANT,
        Kevin Kennedy


       BY:_____
        TIMOTHY P. POTHIN, ESQ.
        Lynch, Traub, Keefe & Errante
        52 Trumbull Street
        P.O. Box 1612
        New Haven, CT 06506
        (203) 787-0275
        Federal Bar No. ct02744

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20258 K. KENNEDY\001 FEDERAL INVESTIGATION - TPP\RESPONSE PLAINTIFF'S REPLY.DOC

CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed on October 7, 2004, to all counsel and pro se parties of record as follows:

Richard T. Pettit, Esq.
Bricklemyer, Smolker & Bolves, PA
50 East Kennedy Boulevard
Suite 200
Tampa, FL  33602

John F. Carberry, Esq.
Cummings & Lockwood
107 Elm Street
Stamford, CT  06902

Dennis P. Waggoner, Esq.
Law Offices of Hill, Ward & Henderson
3700 Bank of America Plaza
101 East Kennedy Boulevard
PO Box 2231
Tampa, FL  33601

Erik R. Matheney, Esq.
Law Offices of Hill, Ward & Henderson
3700 Bank of America Plaza
101 East Kennedy Boulevard
PO Box 2231
Tampa, FL  33601

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20258 K. KENNEDY\001 FEDERAL INVESTIGATION - TPP\RESPONSE PLAINTIFF'S REPLY.DOC

Rosalind Bak, Esq.
Law Offices of Hill, Ward & Henderson
3700 Bank of America Plaza
101 East Kennedy Boulevard
PO Box 2231
Tampa, FL  33601

                                                                        _____
                                                                         Timothy P. Pothin, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20258 K. KENNEDY\001 FEDERAL INVESTIGATION - TPP\RESPONSE PLAINTIFF'S REPLY.DOC